ELIABETH OLLEMAR, PROSECUTOR, v. TOWN OF IRVING-
TON, IN THE COUNTY OF ESSEX, RESPONDENT.

Argued May 6, 1930—Decided May 7, 1930.

Before Justices PARKER, CAMPBELL and BODINE.

For the plaintiff, *Reed & Reynolds*.

For the defendant, *Charles H. Stewart*.

PER CURIAM.

Our examination of the facts and argument presented lead us to the conclusion that the application for the writ of *certiorari* should be denied.